State v. Marcott .......................... 16–0869    12/21/2016    Convictions Affirmed, Sentence Vacated, and Remanded for Resentencing

| | | | |
|---|---|---|---|
| State v. Aldeman | 16–0920 | 12/21/2016 | Affirmed |
| C.H., In Interest of | 16–0926 | 12/21/2016 | Affirmed |
| N.E.C., Interest of | 16–1071 | 12/21/2016 | Affirmed |
| Freiberg, In re Marriage of | 16–1135 | 12/21/2016 | Affirmed as Modified |
| T.J.R., Interest of | 16–1360 | 12/21/2016 | Affirmed |
| S.L., In Interest of | 16–1372 | 12/21/2016 | Affirmed |
| M.H.–T., Interest of | 16–1373 | 12/21/2016 | Affirmed |
| L.B., Interest of | 16–1457 | 12/21/2016 | Affirmed |
| J.G.–J., Interest of | 16–1460 | 12/21/2016 | Affirmed |
| R.R., In Interest of | 16–1469 | 12/21/2016 | Affirmed |
| L.H., Interest of | 16–1605 | 12/21/2016 | Affirmed |
| T.M., Interest of | 16–1609 | 12/21/2016 | Affirmed on both Appeals |
| M.M., Interest of | 16–1685 | 12/21/2016 | Affirmed |
| R.H., Interest of | 16–1688 | 12/21/2016 | Affirmed |
| T.J., Interest of | 16–1691 | 12/21/2016 | Affirmed |
| A.I., Interest of | 16–1738 | 12/21/2016 | Affirmed |
| C.C., In Interest of | 16–1761 | 12/21/2016 | Affirmed |
| I.M., Interest of | 16–1782 | 12/21/2016 | Affirmed |
| E.C., Interest of | 16–1791 | 12/21/2016 | Affirmed |
| P.D., Interest of | 16–1804 | 12/21/2016 | Affirmed |
| B.R., Interest of | 16–1820 | 12/21/2016 | Affirmed |
| Halvorson v. Bentley | 15–0877 | 12/21/2016 | Judgment Vacated in part, Affirmed in part, and Remanded with Directions |